IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

EDWARD LEE ROGERS, JR.,

          Plaintiff

VS.

Warden ALEX HADEN, Deputy Warden
FORSTER, Cpt. EDWARD WALKER,
and Sergeant FORSTER,

          Defendants.

NO. 4:11-CV-196-CDL-MSH
42 U.S.C. § 1983

## ORDER

*Pro se* Plaintiff **EDWARD LEE ROGERS, JR.**, a prisoner at Harris County Correctional Institute ("HCCI"), has submitted a handwritten complaint, which has been docketed as a civil rights action under 42 U.S.C. § 1983 (ECF No. 1). In his complaint, Plaintiff makes generalized, conclusory, and wide-ranging allegations that he largely fails to attribute to any of the named Defendants.

Without passing judgment on the ultimate merits of Plaintiff's complaint, the Court observes that Plaintiff has failed to present his claims on the standard 42 U.S.C. § 1983 form required by this Court. Nor has the Plaintiff submitted the $350.00 filing fee or a financial affidavit seeking leave to proceed *in forma pauperis*.

If Plaintiff wishes to proceed with this section 1983 lawsuit, he is **ORDERED** to

complete and submit a 42 U.S.C. § 1983 form AND either submit the full $350.00 filing fee or execute and return a financial affidavit seeking leave to proceed *in forma pauperis*, including a certified copy of his trust fund account balance. In completing this Court's section 1983 form, Plaintiff should state specific allegations against each of the named Defendants. Specifically, Plaintiff should identify the actions or inactions of each Defendant that violated Plaintiff's constitutional rights. Plaintiff should further state any injury, physical or otherwise, that he suffered as a result of the Defendants' conduct.

Plaintiff shall have twenty-one (21) days from the date of this Order to comply with the above instructions. If Plaintiff fails to timely and fully respond to this Order, this action shall be dismissed. The Clerk of Court is **DIRECTED** to forward the appropriate section 1983 form and financial affidavit (with the civil action number written on them) to the Plaintiff, together with a copy of this Order. There shall be **no service of process** until further order of the Court.

**SO ORDERED**, this 9th day of January, 2012.

S/STEPHEN HYLES
UNITED STATES MAGISTRATE JUDGE